■ CITY OF NEW YORK, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 47847.)—Appeal from an order of the Court of Claims, entered December 2, 1969, which denied claimant's motion for summary judgment and granted the State's cross motion to dismiss the claim and from the judgment entered thereon. On the basis of our rationale in *City of New York v State of New York* (49 AD2d 641), we agree that the claim should be dismissed. We do not pass on the question, however, of the timeliness of the claim. Order and judgment affirmed, with costs. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.

(July 8, 1975)

■ MARY MAKOSKE et al., Plaintiffs, v RALPH J. LOMBARDY et al., Defendants. JOHN W. TROLENBERG, Defendant and Third-Party Plaintiff-Respondent, and MONTGOMERY WARD AND CO., INC., Third-Party Defendant-Appellant.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did Special Term err as a matter of law in denying the motion of the third-party defendant for summary judgment dismissing the third-party complaint?" Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.

(July 9, 1975)

■ In the Matter of EDMUND J. HOFFMAN, JR., for Reinstatement as an Attorney and Counselor at Law.—Application granted and petitioner reinstated as an attorney and counselor at law in good standing. Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur.